UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROGER F. EDLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VEOLIA WATER INDIANAPOLIS LLC.; | ) | |
| VEOLIA WATER NORTH AMERICA | ) | |
| OPERATING SERVICES, INC.; | ) | |
| CONSOLIDATED CITY OF | ) | **CASE NO.:** |
| INDIANAPOLIS, MARION COUNTY, | ) | |
| INDIANA; and THE DEPARTMENT OF | ) | **1 : 05 -cv- 1063 -LJM -WTL** |
| WATERWORKS OF THE CITY OF | ) | |
| INDIANAPOLIS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, by counsel, hereby file their Notice of Removal of this action from the Marion County Superior Court, to the United States District Court for the Southern District of Indiana, Indianapolis Division.

The removal is based upon the following grounds:

1.     On June 20, 2005, plaintiff filed an action against defendants in the Marion County Superior Court, entitled *Roger F. Edlin v. Veolia Water Indianapolis, LLC, Veolia Water North America Operating Services, Inc., Consolidated City of Indianapolis, Marion County, Indiana; and the Department of Waterworks of the City of Indianapolis*, as Cause Number 49D04-0506-PL-023539 ("Marion County Action").  Copies of the Complaint and Summons in this action are attached hereto and marked as Exhibit "1."  Copies of all subsequent filings in this case are attached as Exhibit "2."

2.     Defendants Veolia Water Indianapolis, LLC and Veolia Water North America Operating Services, Inc., ("Veolia Defendants") were served with the Complaint and Summons on June 22, 2005.  Defendants Consolidated City of Indianapolis, Marion County, Indiana and The Department of Waterworks of the City of Indianapolis, ("City Defendants") were served with the Complaint and Summons on June 20, 2005.

3.     Receipt of the Complaint and Summons on June 22, 2005 by the Veolia Defendants was the first receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the Marion County Action is based.  Receipt of the Complaint and Summons on June 20, 2005, at the earliest, by the City Defendants was the first receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the Marion County Action is based.

4.     In his Complaint, plaintiff alleges Constitutional violations under 42 U.S.C. § 1983 and a violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 et seq. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1331 as the Complaint presents federal questions arising under the Constitution, laws or treaties of the United States.

5.     This Court has supplemental jurisdiction over plaintiff's state-law defamation and retaliatory discharge *(Frampton)* claims under 28 U.S.C. § 1367 because they form part of the same case or controversy under Article III of the United States Constitution.

6.     Pursuant to 28 U.S.C. § 1446(b), a Notice of Removal must be filed within thirty (30) days after the receipt by the defendant of a copy of an initial pleading setting forth the claim for relief upon which such proceeding or action is based.  Based upon the receipt of the plaintiff's Complaint by defendants, this "Notice of Removal" of the Marion County Action is filed timely and well within the proper thirty (30) day period.

7.      Marion County, Indiana is situated in the Indianapolis Division of the United States District Court for the Southern District of Indiana, and pursuant to 28 U.S.C. § 1441(a), this Court is the appropriate forum to entertain this Notice of Removal.

8.      All defendants join in and consent to the removal of this action.

WHEREFORE, defendants file this Notice of Removal so that the entire state-court action under Cause No. 49D04-0506-PL-023539 now pending in the Marion County Superior Court shall be removed to this Court for all further proceedings.

Respectfully submitted

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC

Brian L. McDermott, Atty. No. 16788-32
Kristin B. Keltner, Atty. No. 20956-53
One Indiana Square, Suite 2300
Indianapolis, IN  46204
Tel:  317.916.1300
Fax:  317.916.9076
brian.mcdermott@ogletreedeakins.com
kristin.keltner@ogletreedeakins.com
Attorneys for Veolia Water Indianapolis, LLC
and Veolia Water North America Operating
Services, Inc.

- and-

Allison Wells Gritton, Atty. No. 19620-49
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, IN  46204
Tel:  317.327.4055
Fax:  317.327.3968
agritton@indygov.org
Attorney for Consolidated City of Indianapolis,
Marion County and The Department of
Waterworks of the City of Indianapolis

3

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 20th day of July, 2005 addressed to:

Michael L. Schultz
5501 East 71st Street
Suite 2
Indianapolis, IN  46220

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Indiana Square, Suite 2300
Indianapolis, Indiana 46204
317/916-1300

Allison Wells Gritton
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, IN  46204