UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROGER F. EDLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.  1:05-cv-1063-LJM-WTL |
| ) | |
| VEOLIA WATER INDIANAPOLIS, LLC.; ) | |
| VEOLIA WATER NORTH AMERICA ) | |
| OPERATING SERVICES, INC.; ) | |
| CONSOLIDATED CITY OF INDIANAPOLIS, ) | |
| MARION COUNTY, INDIANA; ) | |
| and THE DEPARTMENT OF WATERWORKS ) | |
| OF THE CITY OF INDIANAPOLIS, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PRELIMINARY WITNESS LIST

Plaintiff, by counsel and pursuant to Section III.B of the Case Management Plan respectfully submits the following preliminary list of witnesses:

1. Roger Edlin
2. Ava Edlin
3. Dan Moran
4. Dave Peterson
5. Jim Gunn
6. Allyson Willans
7. Dave Hill
8. Mic Milivojac
9. Ken Latta
10. Carlton Curry
11. Ron Moore (a/k/a "Weedhopper")
12. Herb Champlin
13. Mike Edwards
14. Carl Jordan
15. Manual Aguirre
16. Tom Plummer
17. Don Plummer
18. Brian Harris
19. Tony Harvey
20. Lloyd Ballard

21. Mark Cork            26. Tim Hewitt

22. Mike Henthorn        27. Jack Miller

23. Mike Jeter           28. Waterworks Board Members

24. John Kline           29. Mayor's office personnel

25. Gene Colwell

30. All witnesses identified by any party in this matter, whether in initial disclosures, in responses to written discovery, in documents produced in discovery, or in any other manner.

As discovery is ongoing in this matter, Plaintiff reserves the right to supplement and/or amend this list as may be necessary or appropriate.

Date: December 20, 2005            Respectfully submitted,

/s/ Michael L. Schultz
Michael L. Schultz, No. 20361-49
Attorney for Plaintiff
5501 East 71st Street, Suite 2
Indianapolis, Indiana 46220
(317) 253-9510
(317) 637-9512 (fax)
mlslaw@sbcglobal.net

W. Russell Sipes, No. 16973-29
LAUDIG GEORGE RUTHERFORD
& SIPES
156 East Market Street, Suite 600
Indianapolis, Indiana 46204
wrs@lgrslaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kristin B. Keltner
Brian L. McDermott
Ogletree Deakins Nash Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
kristin.keltner@odnss.com
brian.mcdermott@odnss.com

Allison Wells Gritton
Robin C. Clay
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, IN 46204
agritton@indygov.org
rclay@indygov.org

Blake J. Burgan
Michael C. Terrell
SOMMER BARNARD
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
bburgan@sommerbarnard.com
mterrell@sommerbarnard.com

/s/ Michael L. Schultz
Michael L. Schultz, No. 20361-49
Attorney for Plaintiff
5501 East 71st Street, Suite 2
Indianapolis, Indiana 46220
(317) 253-9510
(317) 637-9512 (fax)
mlslaw@sbcglobal.net

W. Russell Sipes, No. 16973-29
LAUDIG GEORGE RUTHERFORD & SIPES
156 East Market Street, Suite 600
Indianapolis, Indiana 46204
wrs@lgrslaw.com

Attorneys for Plaintiff