UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROGER F. EDLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.  1:05-cv-1063-LJM-WTL |
| ) | |
| VEOLIA WATER INDIANAPOLIS, LLC.; ) | |
| VEOLIA WATER NORTH AMERICA ) | |
| OPERATING SERVICES, INC.; ) | |
| CONSOLIDATED CITY OF INDIANAPOLIS, ) | |
| MARION COUNTY, INDIANA; ) | |
| and THE DEPARTMENT OF WATERWORKS ) | |
| OF THE CITY OF INDIANAPOLIS, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PRELIMINARY EXHIBIT LIST

Plaintiff, by counsel and pursuant to Section III.B of the Case Management Plan respectfully submits the following preliminary list of exhibits:

1.  All documents produced by Plaintiff and/or identified by Plaintiff in response to Veolia's Request for Production of Documents on November 4, 2005, which include, but which are not limited to, the following general categories of documents:

    A.  Email messages from or two Veolia employees or officials;

    B.  Reports, summaries, memoranda and other communications made by and between Veolia Defendants and the City Defendants or their authorized representatives;

    C.  All documents, including position statements, filed with the United States Equal Employment Opportunity Commission by Veolia or on Veolia's behalf;

    D.  White River Treatment Plant Incident Report dated January 6, 2005, including all associated documents or exhibits and executive summaries, etc.;

      E.      Any and all Operating Reports filed by Veolia;

      F.      Veolia's personnel file for Roger Edlin;

      G.      Documents related to Plaintiff's search for other employment;

      H.      Newspaper articles, press releases, web articles and publications and other print materials related to the White River Treatment Plant upset and to Veolia generally;

      I.      Organizational charts;

      J.      Minutes of meetings of the Board of Waterworks, the Technical Advisory Group, and other similar meetings;

      K.      Any and all other documents which are now or may later be in Plaintiff's possession which may be responsive to Veolia's request for production.

2.    All documents which will be or are expected to be produced by all defendants in response to Plaintiff's discovery requests.

3.    All documents filed by Veolia or the City Defendants with the Indiana Utility Regulatory Commission.

4.    All documents which are subsequently identified and/or produced by any party in discovery, including all documents produced by Defendants in response to Plaintiff's Requests for Production of Documents.

As discovery is ongoing, Plaintiff reserves the right to supplement and/or amend this list as may be necessary or appropriate.

Date: December 20, 2005				Respectfully submitted,


						/s/ Michael L. Schultz
						Michael L. Schultz, No. 20361-49
						Attorney for Plaintiff
						5501 East 71st Street, Suite 2
						Indianapolis, Indiana 46220
						(317) 253-9510
						(317) 637-9512 (fax)
						mlslaw@sbcglobal.net

						W. Russell Sipes, No. 16973-29
						LAUDIG GEORGE RUTHERFORD
						& SIPES
						156 East Market Street, Suite 600
						Indianapolis, Indiana 46204
						wrs@lgrslaw.com

						Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2005, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Kristin B. Keltner
Brian L. McDermott
Ogletree Deakins Nash Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
kristin.keltner@odnss.com
brian.mcdermott@odnss.com

Allison Wells Gritton
Robin C. Clay
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, IN 46204
agritton@indygov.org
rclay@indygov.org

Blake J. Burgan
Michael C. Terrell
SOMMER BARNARD
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
bburgan@sommerbarnard.com
mterrell@sommerbarnard.com

/s/ Michael L. Schultz
Michael L. Schultz, No. 20361-49
Attorney for Plaintiff
5501 East 71st Street, Suite 2
Indianapolis, Indiana 46220
(317) 253-9510
(317) 637-9512 (fax)
mlslaw@sbcglobal.net

W. Russell Sipes, No. 16973-29
LAUDIG GEORGE RUTHERFORD & SIPES
156 East Market Street, Suite 600
Indianapolis, Indiana 46204
wrs@lgrslaw.com

Attorneys for Plaintiff