UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROGER F. EDLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.:  1:05-cv-1063-LJM-WTL |
| | ) | |
| VEOLIA WATER INDIANAPOLIS LLC | ) | |
| and VEOLIA WATER NORTH AMERICA | ) | |
| OPERATING SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DESIGNATION OF EVIDENCE IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Veolia Water Indianapolis LLC and Veolia Water North America Operating Services, LLC, submit the following Designation of Evidence in Support of its Motion for Summary Judgment:

1. Excerpts from the deposition of Roger Edlin, Volume I;

2. Excerpts from the deposition of Roger Edlin, Volume II;

3. Excerpts from the deposition of Roger Edlin, Volume III;

4. Roger Edlin's deposition exhibits (2, 5, 9, 10, 16, 19, 21-27);

5. Excerpts from the deposition of David Hill;

6. David Hill's deposition exhibits (5 & 7 );

7. Excerpts from the deposition of David Gadis;

8. David Gadis' deposition exhibits (1& 7);

9. Excerpts from the deposition of James Gunn;

10. Excerpts from the deposition of Mark Cork;

11.     Excerpts from the deposition of Carlton Curry, Volume I;

12.     Excerpts from the deposition of Carlton Curry, Volume II;

13.     Excerpts from the deposition of Alyson Willans;

14.     Alyson Willans' deposition exhibits (6);

15.     Excerpts from the deposition of Thomas Plummer;

16.     Excerpts from the deposition of Ronald Moore;

17.     Excerpts from the deposition of Don Plummer;

18.     David Gadis Affidavit;

19.     Indianapolis Star article, "Ex-worker files suit against utility", July 2, 2005; and

20.     Nuvo article, "More bad news for Veolia", July 27, 2005.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By:            s/ Kristin B. Keltner
               Brian L. McDermott, #16788-32
               Kristin Keltner, #20956-53
               111 Monument Circle, Suite 4600
               Indianapolis, IN  46204
               Tel: (317) 916-1300
               Fax: (317) 916-9076
               *brian.mcdermott@ogletreedeakins.com*
               *kristin.keltner@ogletreedeakins.com*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2007, a copy of the foregoing *Designation of Evidence in Support of Defendant's* Motion for Summary Judgment was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kristin B. Keltner

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
(317) 916-1300

5082544.1